ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3723
    Facsimile: (510) 637-3724
    E-mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH RAMON MAYFIELD,<br><br>    Defendant. | No. CR 15-00290 PJH<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER<br><br>Current Hearing Date: September 19, 2018<br>Proposed Hearing Date: November 14, 2018 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Keith Ramon Mayfield, by and through his counsel of record, Robert Waggoner, hereby stipulate as follows:

1. On February 21, 2018, defendant Mayfield pleaded guilty pursuant to a plea agreement. Defendant is presently set for sentencing on Wednesday, September 19, 2018. In paragraph 9 of his plea agreement, defendant agreed that he would "upon request of the Court, the government, or the Probation Office, provide accurate and complete financial information, submit sworn statements and give depositions under oath concerning my assets and my ability to pay, surrender assets I obtained as a result of my crimes, and release funds and property under my control in order to pay any fine, forfeiture, or restitution."

2. The government has made a request to the defendant that he provide a financial statement and subsequently, if necessary, submit to deposition, and will be sending a formal written request for financial information pursuant to this provision. In order to provide sufficient time for this process to occur prior to sentencing, the parties jointly agree to continue the sentencing in this matter to 2:30 p.m. on November 14, 2018. The USPO is available on that date.

IT IS SO STIPULATED.

Dated: September 17, 2018
ALEX G. TSE
United States Attorney

/S/ *Garth Hire*
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/S/ *via e-mail authorization*          9/17/2018
ROBERT WAGGENER                          Date
Attorney for Defendant
Keith Ramon Mayfield

STIPULATION TO CONTINUE SENTENCING
HEARING AND [PROPOSED] ORDER
CR 15-00290 PJH                2

# [PROPOSED] ORDER

The Court has read and considered the Stipulation to Continue Sentencing Hearing. FOR GOOD CAUSE SHOWN:

The sentencing hearing currently scheduled for Wednesday, September 19, 2018, is hereby continued to 2:30 p.m. on Wednesday, November 14, 2018.

IT IS SO ORDERED.

9/17/18
DATE

HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING
HEARING AND [PROPOSED] ORDER
CR 15-00290 PJH                     3