UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH MAYFIELD,<br><br>　　　　Defendant. | Case No. 15-cr-290-PJH-1<br><br>**ORDER SETTING BRIEFING DEADLINES ON SECOND MOTION FOR COMPASSIONATE RELEASE** |

Before the court is the second represented motion of defendant Keith Mayfield for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (Dec. 21, 2018).

Defendant filed his first motion for compassionate release on August 28, 2020. Dkt. 586. The court denied defendant's first motion, with leave to file a second motion for compassionate release on limited grounds. Dkt. 598.

Defendant's counsel has now filed a second motion for compassionate release, and the court sets briefing deadlines on defendant's motion as follows: the government shall file an opposition, stipulation, or status report by **March 19, 2021**; if the motion is opposed, counsel for defendant may file a reply brief four days after the opposition is filed. The Probation Office submitted a response in connection with the first compassionate release motion, and need not submit an additional response. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated: March 12, 2021

　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge